LIZZI RETTIG, as Administratrix, etc., Respondent, *v.* FIFTH AVENUE TRANSPORTATION COMPANY (Limited), Appellant.

(Argued January 23, 1895; decided February 8, 1895.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made December 29, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Charles Steele* for appellant.

*Charles Steckler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.